UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY STULBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN STATES PREFERRED INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No. 2:22-cv-02620-SPG-JEM<br><br>**PROTECTIVE ORDER** |

# PROTECTIVE ORDER

Upon consideration of the Confidentiality Agreement submitted by the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the Stipulated Protective Order is approved, and the Protective Order is entered as an Order of the Court.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: December 8, 2022

*/s/ John E. McDermott*
United States Magistrate Judge
Honorable John E. McDermott

4870-8121-7588.1